UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA MURRAY, | CASE NO. 2:25-cv-00259-LK |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES ATTORNEY'S OFFICE, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

The Court finds that Plaintiff Sara Murray's motion styled as a Motion for a Temporary Restraining Order and Preliminary Injunction does not qualify for emergency treatment under Federal Rule of Civil Procedure 65(b) or Local Civil Rule 65. Dkt. No. 4. In addition, Ms. Murray failed to comply with Local Civil Rule 65(b)(1), which requires that a motion for a temporary restraining order include a certificate of service and contact information for the opposing party's counsel. The Court "expects all parties—pro se and those represented by counsel—to comply with

MINUTE ORDER - 1

the Court's procedural rules." *Capello v. Sziebert*, No. C13-5275BHS-JRC, 2014 WL 2465283, at *1 (W.D. Wash. June 2, 2014).

The Court thus DENIES the motion without prejudice. Dkt. No. 4. Should Ms. Murray renew her motion, she should do so in compliance with the applicable rules. The Clerk shall mail a copy of this order to Plaintiff at the address on file.

The Federal Rules of Civil Procedure are available at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure. The Local Civil Rules for the United States District Court for the Western District of Washington are available at https://www.wawd.uscourts.gov/sites/wawd/files/042624%20WAWD%20Local%20Civil%20Rules%20-%20Clean.pdf. The Western District of Washington has also published a guide to assist pro se litigants, available at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Dated this 14th day of February, 2025.

> Ravi Subramanian
> Clerk
>
> /s/Natalie Wood
> Deputy Clerk

MINUTE ORDER - 2